# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVE HARRIS,** | : | |
| | : | |
|   **Petitioner** | : | |
| | : | |
|     v. | : | 5:97-CR-44 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|   **Respondent** | : | |

## ORDER

This matter is before the Court on the Report and Recommendation to DENY Petitioner's motion for sentence reduction. After carefully considering the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

    **SO ORDERED this 13th day of October, 2005.**


    **S/Wilbur D. Owens, Jr.**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**